**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CARLY WELKIN, et al.,
    *Plaintiffs*,

    *v.*                                 Civil Action No.   1:25-cv-04510
                                                (TJK)

THE ISLAMIC REPUBLIC OF IRAN,
    *Defendant.*

**PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING THE ABROGATION OF
DOCKET ENTRY 25 AND ADMINISTRATIVE NONCOMPLIANCE WITH 28 U.S.C.
§ 1608(a)(3)**

    Plaintiff Carly Welkin, proceeding *pro se*, respectfully files this Motion for Clarification regarding the Court's May 8, 2026 Minute Order. Specifically, Plaintiff seeks unequivocal clarification as to whether the Court is invalidating and abrogating its own docket entry—ECF No. 25, "Request of Clerk - 1608(a)(3) - register"—due to the Clerk of Court's resolute refusal to execute her statutory duty to dispatch said mail.

    In support of this Motion, Plaintiff states as follows:

    **1. The Court's May 8, 2026 Order:** On May 8, 2026, the Court issued a Minute Order mandating "strict adherence" to the Foreign Sovereign Immunities Act (FSIA) service hierarchy, correctly noting that a plaintiff may not unilaterally dispense with the requirement to attempt service under 28 U.S.C. § 1608(a)(3) before proceeding to diplomatic service under § 1608(a)(4).

    **2. Plaintiff's Exhaustive Efforts to Effectuate Statutory Compliance:** Although proceeding *pro se*, Plaintiff possesses extensive knowledge of United States law and judicial procedures, and acutely understood the strict jurisdictional strictures of the FSIA. Accordingly, Plaintiff actively attempted to trigger the § 1608(a)(3) mechanism. On January 16, 2026, Plaintiff notified the D.C. Court Intake Clerk via email

of her intent to remit the service packet for dispatch to Iran (See Exhibit 1). On January 17, 2026, Plaintiff mailed the physical packet to the Clerk's Office for this exact purpose (See Exhibit 2).

**3. Administrative Intransigence and Refusal to Dispatch:** Despite Plaintiff's submission of the Affidavit Requesting Foreign Mailing (See Exhibit 3), the Clerk's Office engaged in unauthorized, *ultra vires* administrative rule-making by flatly refusing to dispatch the packet. In multiple telephone conferences originating from the Clerk's Office at (202) 354-3000 (See Exhibit 4), the intake clerks—specifically identified as Michelle and Nicole Wilkens—adamantly refused to mail the packet to the Defendant.

**4. The Clerk's Unlawful Directives:** Despite Plaintiff's forceful explanation that this action is governed by the FSIA and involves a foreign sovereign, thereby statutorily requiring dispatch by the Clerk, the clerks would not be reasoned with. Clerk Michelle specifically instructed Plaintiff that the Clerk's Office would only receive the packet to "review" it, required Plaintiff to provide return postage so the Court could send it back, and demanded that Plaintiff personally dispatch the mail to Iran and provide proof thereof. Plaintiff would have gladly provided the Clerk with the requisite postage to dispatch the lawsuit directly to Iran, but the Clerk unequivocally refused to accept payment or postage for that purpose. Plaintiff, unable to jawbone or compel an unyielding federal clerk to perform her statutory duty, was forced to comply with these flawed administrative directives.

**5. The Paradox of ECF No. 25:** The Court's own docket reflects Plaintiff's compliance. On February 4 and 5, 2026, the Clerk (identified by the initials "mg" for Michelle) entered ECF No. 25: "REQUEST from PLAINTIFFS for the Clerk to dispatch for mailing one copy of the summons, complaint, and notice of suit... to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3)" (See Exhibit 5). It is a profound procedural paradox that the Clerk formally docketed the request for

dispatch, yet verbally refused to execute the physical dispatch, forcing Plaintiff to mail it personally on February 11, 2026.

**6. Severe Prejudice and Perversion of Justice:** Following the statutorily mandated 30-day exhaustion period following this thwarted (a)(3) attempt, Plaintiff proceeded to § 1608(a)(4) diplomatic service, remitting an onerous $2,275.00 statutory fee. If the Court now retroactively invalidates ECF No. 25 because the physical dispatch was performed by Plaintiff—at the Clerk's unwavering, coercive mandate—the Court is effectively abrogating its own registry. Doing so would subject Plaintiff to the highly prejudicial and obnoxious burden of remitting another $2,275.00 fee to repeat the (a)(4) process. Penalizing a knowledgeable plaintiff for the administrative failures of the Court's own staff egregiously perverts the course of justice.

## REQUEST FOR CLARIFICATION AND RELIEF

Plaintiff respectfully requests that the Court unequivocally clarify:

**A.** Whether the Court recognizes ECF No. 25 as a valid, exhausted attempt at § 1608(a)(3) service, acknowledging that the failure of clerk-effectuated dispatch was born entirely of the Clerk's refusal, not Plaintiff's lack of statutory adherence; OR

**B.** In the alternative, if the Court deems the (a)(3) attempt fatally defective due to the Clerk's administrative recalcitrance, Plaintiff requests a formal Order commanding the Clerk of the Court to accept a pre-paid international shipping waybill from Plaintiff and directly dispatch the service packet to Iran under § 1608(a)(3), while preserving the validity of Plaintiff's already-remitted $2,275.00 fee for the subsequent § 1608(a)(4) diplomatic service.

*Carly Welkin*

Respectfully submitted,

Date: May 9, 2026

*/s/ Carly Welkin*
Carly Welkin
Plaintiff *pro se*
3385 Hollow Tree Dr
Decatur, GA 30034
Email: karly784@gmail.com
Cell: (470) 461-9151

**EXHIBIT INDEX**

**Exhibit 1:** Email correspondence to DCD Intake Clerk (Dated January 16, 2026)

**Exhibit 2:** USPS Receipt demonstrating mailing of service packet to the Clerk of Court (Dated January 17, 2026)

**Exhibit 3:** Affidavit Requesting Foreign Mailing (mailed to the Clerk on January 17, 2026)

**Exhibit 4:** Telecommunications Log documenting incoming calls from the D.C. District Court Clerk's Office at (202) 354-3000 (Dated January 16 and January 20, 2026)

**Exhibit 5:** CM/ECF Docket Entry 25, "Request of Clerk - 1608(a)(3) - register"

Case 1:25-cv-04510-TJK   Document 34   Filed 05/09/26   Page 6 of 10



From: Carly <karly784@gmail.com>
Sent: Friday, January 16, 2026 5:52 PM
To: DCD Intake <DCD_Intake@dcd.uscourts.gov>; Nicole Wilkens <Nicole_Wilkens@dcd.uscourts.gov>
Subject: Welkin v. Iran (1:25-cv-04510-TJK) mailing Iran

**CAUTION - EXTERNAL:**

Hello DC Court Clerk,

I will mail you the packet I want to send to Iran tomorrow.

The attached affidavit to mail Iran was central to our discussion earlier today,

Reply     Reply all     Forward

**Exhibit 1**: Email correspondence to DCD Intake Clerk (Dated January 16, 2026)

**UNITED STATES POSTAL SERVICE.**

WESLEY CHAPEL
2724 WESLEY CHAPEL RD
DECATUR, GA 30034-9998
www.usps.com

01/17/2026                          09:50 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 2 | $1.89 | $3.78 |
| First-Class Mail® Large Envelope | 1 | | $4.44 |

    Washington, DC 20001
    Weight: 0 lb 10.30 oz
    Estimated Delivery Date
      Thu 01/22/2026

| $5 Floral Geo | 1 | $5.00 | $5.00 |

-----------------------------------------

Grand Total:                        $13.22

Credit Card Remit                   $13.22
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX9397
    Approval #: 73761P
    Transaction #: 401
    AID: A0000000041010    Contactless
    AL: MASTERCARD
    MASTERCARD

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 122444-0452
Receipt #: 840-53000008-2-10816169-1

**Exhibit 2:** USPS Receipt demonstrating mailing of service packet to the Clerk of Court
(Dated January 17, 2026)

**Exhibit 3**: Affidavit Requesting Foreign Mailing
(mailed to the Clerk on January 17, 2026)

CO 226
Rev. 6/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Carly Welkin, individually and
on behalf of Masoumeh Mohajer

Plaintiff(s)

vs.                                         Civil Action No.:   1:25-cv-04510

Iran

_____
                    Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint   (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Islamic Republic of Iran
c/o Head of the Ministry of Foreign Affairs
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN

by: (check one)          ☑    certified or registered mail, return receipt requested
                         ☐    DHL
                         ☐    Fed Ex

pursuant to the provisions of: (check one)
                         ☐    FRCP 4(f)(2)(C)(ii)
                         ☑    28 U.S.C. § 1608(a)(3)
                         ☐    28 U.S.C. § 1608(b)(3)(B)
                         ☐    28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):

United States of America                                          , and that I obtained this information

by contacting the Overseas Citizens Services, U.S. Department of State

_____
                    (Signature)

3385 Hollow Tree Dr
Decatur, GA 30034
karly784@gmail.com
Cell: (470) 461-9151

(Name and Address)




Bill & pay    Usage    **Account**    **Shop** ∨    **Benefits**

**Exhibit 4**: Telecommunications Log documenting incoming calls from the D.C. District Court Clerk's Office at **(202) 354-3000** (Dated January 16 and January 20, 2026)



| Date / Time | Number | Type | Duration |
|---|---|---|---|
| 01/20/26<br>12:07 PM | (202) 354-3000 | INCOMING | 14 min |
| 01/16/26<br>3:36 PM | (202) 354-3000 | WASHINGTON/DC | 1 min |
| 01/16/26<br>2:52 PM | (202) 354-3000 | INCOMING | 33 min |
| 01/16/26<br>12:15 PM | (202) 354-3190 | WASHINGTON/DC | 4 min |
| 01/15/26<br>5:17 AM | 123 | VM RETRIEVAL | 1 min |



| 25 | Filed: | 02/05/2026 | 🌐 Request of Clerk - 1608(a)(3) - register |
| | Entered: | 02/04/2026 | |