# EXHIBIT A

## D.D.C. CLERK'S OFFICE PROCEDURES AND CHECKLIST FOR SERVICE ON A FOREIGN DEFENDANT - RELEVANT EXCERPTS

**Included source material.** This exhibit contains the first page of the Court's *Service of Process on a Foreign Defendant - Checklists for Attorneys* (updated July 2024), followed by pages 3-4 and 8-12 of the Court's *Clerk's Office Procedures for Service of Process on a Foreign Defendant* (revised July 2024).

**Relevant subjects.** The excerpts include: (1) the checklist instruction to docket a notice when statute, convention, or shipping restrictions prevent an attempted method; (2) the manual's administrative disclaimer; (3) the Iran-specific statement that USPS registered-mail service is not permitted; (4) the § 1608(a)(3) affidavit, hand-carry, carrier, and documentation procedures; and (5) the § 1608(a)(4) thirty-day procedure and published $2,275 State Department fee.

*The official source pages follow. Their original pagination and content are unchanged.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# <u>SERVICE OF PROCESS ON A FOREIGN DEFENDANT</u>
# <u>CHECKLISTS FOR ATTORNEYS</u>
Updated: July 2024

**I.**     <u>**SERVICE OF PROCESS IN GENERAL:**</u>

□     Prior to submitting request for foreign mailing:
       □     **DHL:** If sending documents to an embargoed country, counsel contacts DHL (1-800-CALL-DHL) to find out if the <u>law firm/shipper</u> (not the embargoed country) is on the <u>approved shipper's list to send to an embargoed country</u>. If this is not done, counsel will not be able to schedule a pick-up of the package(s).
       □     **Registered Mail:** Service by registered mail can only be achieved if counsel arranges for their office/staff to take the packages to the U.S. Post Office when ready, as the Clerk's Office is unable to perform this task; otherwise, proceed to service by FedEx or DHL.
       □     If service cannot be attempted because of statute/convention or shipping restrictions, **counsel dockets a Notice** explaining the circumstances that allows for skipping service under a rule and proceeding to the next rule.

**II.**     <u>**SERVICE OF PROCESS UNDER FRCP 4(f)(2)(C)(ii) – individual in a foreign state:**</u>

□     Counsel dockets the *Affidavit Requesting Foreign Mailing* **with request letter to the Clerk attached**.
       □     Print the affidavit to a non-fillable PDF before docketing.
□     Counsel submits documents/materials to the Clerk's Office:
       □     **Documents:**
             □     One (1) copy of the *Affidavit Requesting Foreign Mailing*.
             □     One (1) copy of the cover letter requesting the foreign mailing.
             □     One (1) copy of the *Notice of Electronic Filing* confirming the filing of the affidavit.
             □     One (1) copy of the *Return of Service Unexecuted* (if previous service attempt was made).
             □     One (1) copy of the summons and complaint (as well as any additional documents filed at the time the case was opened) for each defendant.
       □     **Materials for registered mail:**
             □     One (1) *PS Form 2865 Return Receipt for International Mail*, for each addressee.
             □     One (1) *Label 200*, for each addressee.
             □     One (1) *PS Form 3806 Receipt for Registered Mail*, for each addressee.
             □     One (1) *PS Form 2976 U.S. Customs Declaration and Dispatch Note* for each addressee **only** if the package will exceed one (1) pound.
       □     **Materials for FedEx:**
             □     One (1) FedEx shipping label addressed to each defendant
                 □     Shipping label is electronic version; cannot be handwritten.
                 □     Shipping label contains law firm's address as sender and the law firm's FedEx account number.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**<u>CLERK'S OFFICE PROCEDURES FOR</u>**
**<u>SERVICE OF PROCESS ON A FOREIGN DEFENDANT</u>**

**I.    <u>INTRODUCTION</u>**

**A.    SPECIAL NOTE:** The information in this guide was compiled by the Clerk's Office with help from the U.S. Department of State and other resources to specify procedures to be followed when service of a foreign party requires involvement of the Clerk's Office. This information is not intended to be nor should it be considered or referenced as legal authority on service. A party and their legal counsel are wholly responsible for ensuring that service is legal and proper in any case.

**B.    PURPOSE:**

1.    This guide summarizes the Clerk's Office procedures relating to service of the summons and complaint upon:
    a.    an **individual or corporation in a foreign state**, pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure (FRCP); or
    b.    a **foreign state or a political subdivision of a foreign state**, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3); or
    c.    a **foreign state or a political subdivision of a foreign state** through diplomatic channels via the U.S. Department of State, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4); or
    d.    an **agency or instrumentality of a foreign state**, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**C.    RULES & STATUTES:**

1.    FRCP 4(f)(2)(C)(ii) - Serving an individual in a foreign country
2.    FRCP 4(j)(1) – Serving a foreign state
3.    FRCP 12(a)(1) – Time to serve a responsive pleading
4.    28 U.S.C. § 1608(a)(3) – Service upon a foreign state or political subdivision of a foreign state
5.    28 U.S.C. § 1608(a)(4) - Service upon a foreign state or political subdivision of a foreign state through diplomatic channels via the U.S. Department of State
6.    28 U.S.C. § 1608(b)(3)(B) – Service upon an agency or instrumentality of a foreign state
7.    28 U.S.C. § 1608(b)(3)(C) – Service as directed by order of the court
8.    28 U.S.C. § 1608(c)(1) and (c)(2) – Date of service
9.    28 U.S.C. § 1608(d) – Answer or other responsive pleading
10.   28 U.S.C. § 1608(e) – Judgment by default

**D.    REFERENCES & RESOURCES:**

1.    The Hague Conference on Private International Law (HCCH)
2.    HCCH Members
3.    Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (Service Convention)
4.    Status Table of the Service Convention
5.    HCCH Practical Handbook on the Operation of the Service Convention
6.    Service Convention FAQs
7.    U.S. Department of State's Foreign Affairs Manual (7 FAM 950 Service of Process Abroad)
8.    U.S. Department of State's International Judicial Assistance
9.    U.S. Department of State's Service of Process
10.   Foreign Sovereign Immunities Act of 1976 (FSIA)
11.   FSIA Checklist
12.   Service Hierarchy

**E.    OTHER NOTES:**

1.    Service by U.S. Postal Service (registered mail) is not permitted to Iran or Syria.
2.    The U.S. Department of State charges the plaintiff $2,275.00 for service through diplomatic channels.  The fee must be paid via cashier's check to the "U.S. Department of State" or the U.S. Embassy or Consulate involved. For example, requests for service upon Iran or its political subdivisions the check should be made out to "U.S. Embassy Bern."

### III. PROCEDURES FOR SERVICE ON A FOREIGN STATE OR POLITICAL SUBDIVISION OF A FOREIGN STATE UNDER 28 U.S.C. § 1608(a)(3)

If service on a **foreign state or political subdivision of a foreign state** cannot be made under 28 U.S.C. § 1608(a)(1) or (a)(2), you may attempt service under 28 U.S.C. § 1608(a)(3).

**A.  DOCKET THE AFFIDAVIT REQUESTING FOREIGN MAILING**

1.  Fill out the *Affidavit Requesting Foreign Mailing* and draft request letter.
    a.  Counsel should request service of process on a foreign entity by filling out the *Affidavit Requesting Foreign Mailing* **(Attachment A)**, which can be found on the Court's website: https://www.dcd.uscourts.gov/general-civil-forms.
        (1)  Be sure to select the correct mailing method, as well as the appropriate provision being requested.  In this case, select **28 U.S.C. § 1608(a)(3)**.
        (2)  The affidavit may be electronically signed as "/s/[NAME]."
    b.  A letter addressed to the Clerk **(Attachment B-2)** should also be drafted to request service under this rule and attached to the *Affidavit Requesting Foreign Mailing* as an exhibit.

2.  Docket the *Affidavit Requesting Foreign Mailing* and request letter.
    a.  Scan or convert the *Affidavit Requesting Foreign Mailing*, including the letter and/or other exhibits, to a non-fillable PDF.
    b.  Docket the *Affidavit Requesting Foreign Mailing* in ECF.
        (1)  Select the event ***Affidavit for Foreign Mailing*** found under **Other Documents** on the ECF **Civil** docketing menu.
        (2)  Enter the case number and click **[Submit].**
        (3)  **[Choose File]** and upload the PDF document you are filing.
            (a)  If you do not have any further attachments to your filing, click **[Submit].**
            (b)  If you have an attachment to your filing, click **[Choose File]** again under *Attachments* and upload the PDF of the attachment. Then click **[Submit].**
        (4)  Select the FILER and click **[Submit].**
        (5)  The next screen will ask "Should the document you are filing link to another document in this case?" Do not check the box next to this question. Just click **[Submit].**
        (6)  At the edit text screen, the text should read "AFFIDAVIT REQUESTING FOREIGN MAILING by [Plaintiff]." Click **[Submit]** to complete the entry and receive the *Notice of Electronic Filing* **(Attachment C)**.

**B.  SUBMIT DOCUMENTS TO THE CLERK'S OFFICE**

1.  Counsel is responsible for submitting all necessary documents and/or mailing materials to the Clerk's Office in paper form.

a.   Materials needed for service by **FedEx or DHL**:

**\*PLEASE NOTE:** If sending documents to an embargoed country, contact DHL (1-800-CALL-DHL) to find out if the law firm/shipper (not the embargoed country) is on the <u>approved shipper's list to send to an embargoed country</u>. If this is not done, counsel will not be able to schedule a pick of the package(s).

(1)   One (1) copy of the *Affidavit Requesting Foreign Mailing* (including letter and/or other exhibits, if applicable).

(2)   One (1) copy of the *Notice of Electronic Filing*, confirming the ECF filing of the *Affidavit Requesting Foreign Mailing*.

(3)   One (1) copy of the *Return of Service Unexecuted* (if a previous service attempt was made; this should also be filed on the docket).

(4)   One (1) copy of the summons, complaint, notice of suit (as well as any additional documents filed at the time the case was opened), and translations of each for each addressee named in the request.  Paper clip the sets together.

(5)   One (1) FedEx or DHL document envelope for each defendant. **(Note:** The Clerk's Office does not have access to any DHL supplies; DHL envelopes **must** be supplied by counsel).

(6)   One (1) COMPLETED FedEx shipping label **(Attachment D-1)** or DHL International Shipment Waybill **(Attachments D-2)** <u>**filled out and addressed to each defendant.**</u>

(a)   The waybill must include the **law firm's address as the sender** and the **Payer Account Number**. **Counsel must provide an account number**. The Clerk's Office cannot be charged for the shipment.

(b)   The waybill **must be typed, not handwritten.**

(c)   **For DHL:** Be sure to provide the specified International Shipment Waybill. This waybill allows for shipments outside the United States. If a different waybill is used, DHL will not deliver outside the country.

b.   Materials needed for service by **registered mail**:

**\*PLEASE NOTE:** Service by registered mail under this rule can only be achieved if counsel arranges for their office/staff to hand carry the packages to the U.S. Post Office, as the Clerk's Office is unable to perform this task; otherwise, proceed to service by FedEx or DHL (section a. above).

(1)   One (1) copy of the *Affidavit Requesting Foreign Mailing* (including letter and/or other exhibits, if applicable).

(2)   One (1) copy of the *Notice of Electronic Filing*, confirming the ECF filing of the *Affidavit Requesting Foreign Mailing*.

(3)   One (1) copy of the *Return of Service Unexecuted* (if applicable and if not previously filed on the docket).

(4)   One (1) copy of the summons, complaint, notice of suit (as well as any additional documents filed with the complaint), and translations of each for each addressee named in the request. Paper clip the sets together.

**C.      MAIL PACKAGES**

1.      **FedEx:** The Clerk's Office will drop packages in the courthouse's FedEx drop box.

2.      **DHL:** The attorney is responsible for calling DHL to schedule a pick-up. The package(s) will be picked up by the DHL courier from the District Court's mailroom.

3.      **Registered Mail: T**he Clerk's Office will call counsel to come get the package(s) and take them to the Post Office. Counsel is responsible for paying for postage.
   a.   Once you have taken the package(s) to the Post Office to be mailed, you must return the stamped *Receipt for Registered Mail* (PS Form 3806) **(Attachment D-3)** to the Clerk's Office for docketing.

**D.      DOCKET PROOF OF DELIVERY/NON-DELIVERY**

3.      If the package(s) is delivered, file proof of service on the summons and complaint using the event ***Summons Returned Executed as to Foreign State or Agency*** under **Service of Process** on the **Civil** docketing menu in ECF.

4.      If the package(s) is returned undelivered or is undeliverable, file proof of non-service using the event ***Summons Returned Unexecuted*** under **Service of Process** on the Civil docketing menu in ECF.

**IV.    PROCEDURES FOR SERVICE VIA DIPLOMATIC CHANNELS UNDER 28 U.S.C. § 1608(a)(4)**

If service cannot be made on a **foreign state or political subdivision of a foreign state** within thirty (30) days under 28 U.S.C. § 1608(a)(3), you may proceed to service **via diplomatic channels, 28 U.S.C. § 1608(a)(4)**.

**A.    DOCKET THE AFFIDAVIT REQUESTING FOREIGN MAILING**

1.    Fill out the *Affidavit Requesting Foreign Mailing* and draft request letter.
   a.    Counsel should request service of process on a foreign entity via diplomatic channels (through the U.S. Department of State) by filling out the *Affidavit Requesting Foreign Mailing* **(Attachment A)**, which can be found on the Court's website: https://www.dcd.uscourts.gov/general-civil-forms.
      (1)    Be sure to select the correct mailing method, as well as the appropriate provision being requested.  In this case, select **28 U.S.C. § 1608(a)(4)**.
      (2)    The affidavit may be electronically signed as "/s/[NAME]."
   b.    A letter addressed to the Clerk **(Attachment B-3)** should also be drafted to request service under this rule and attached to the *Affidavit Requesting Foreign Mailing* as an exhibit.
      (1)    Be sure to specify the appropriate provision being requested.  In this case, **28 U.S.C. § 1608(a)(4)**.
      (2)    Also include any additional details or exhibits as an explanation for the basis of the request.
   c.    For additional information, review the State Department's FSIA Checklist.

2.    Docket the *Affidavit Requesting Foreign Mailing* and request letter.
   a.    Scan or convert the *Affidavit Requesting Foreign Mailing*, including the letter and/or other exhibits, to a non-fillable PDF.
   b.    Docket the *Affidavit Requesting Foreign Mailing* in ECF.
      (1)    Select the event ***Affidavit for Foreign Mailing*** found under **Other Documents** on the ECF **Civil** docketing menu.
      (2)    Enter the case number and click **[Submit].**
      (3)    **[Choose File]** and upload the PDF document you are filing.
         (a)    If you do not have any further attachments to your filing, click **[Submit].**
         (b)    If you have an attachment to your filing, click **[Choose File]** again under *Attachments* and upload the PDF of the attachment. Then click **[Submit].**
      (4)    Select the FILER and click **[Submit]**.
      (5)    The next screen will ask "Should the document you are filing link to another document in this case?" Do not check the box next to this question. Just click **[Submit]**.
      (6)    At the edit text screen, the text should read "AFFIDAVIT REQUESTING FOREIGN MAILING by [Plaintiff]." Click **[Submit]** to complete the entry and receive the *Notice of Electronic Filing* **(Attachment C)**.

**B.    SUBMIT DOCUMENTS TO THE CLERK'S OFFICE**

1.    The attorney is responsible for submitting all necessary documents and/or mailing materials to the Clerk's Office in paper form.
   a.    Materials needed for service by **FedEx or certified mail**:
      (1)    One (1) copy of the *Affidavit Requesting Foreign Mailing* (including letter and/or other exhibits, if applicable).
      (2)    One (1) copy of the *Notice of Electronic Filing*, confirming the ECF filing of the *Affidavit Requesting Foreign Mailing*.
      (3)    Proof of service unexecuted under 28 U.S.C. § 1608(a)(3), or other explanation/law as to why service should be attempted through the U.S. Department of State; this should also be filed on the docket.
      (4)    Two (2) copies each of the summons, complaint, notice of suit (as well as any additional documents filed at the time the case was opened), and translations of each for each defendant.  Paper clip the sets together.
      (5)    **For FedEx:** One (1) COMPLETED FedEx shipping label **(Attachment D-1) filled out and addressed to the DOS.**
         (a)    The tracking label must include the **law firm's address as the sender** and the **Payer Account Number**. **Counsel must provide an account number**. The Clerk's Office cannot be charged for the shipment.
      (6)    **Envelope/label should be addressed to:**
         **U.S. Department of State**
         **L/CA/POG/GC, SA-17, 10th Floor**
         **Washington, DC 20522-1710**
         **Attn: FSIA**

2.    **The U.S. Department of State charges a $2,275.00 fee for service through diplomatic channels <u>for each defendant to be served</u>.**
   a.    The fee must be paid via **cashier's check** to the U.S. Department of State or the U.S. Embassy or Consulate involved. For example, checks for requests for service upon Iran or its political subdivisions should be made out to the "U.S. Embassy Bern."
   b.    Include a check for $2,275.00 (for each defendant) for payment of service fee to the U.S. Department of State with the other documents.

**C.    MAIL PACKAGE(S)**

1.    **FedEx:** The Clerk's Office will drop packages in the courthouse's FedEx drop box.

2.    **Certified Mail:** The Clerk's Office will call counsel to come get the package(s) and take them to the Post Office. Counsel is responsible for paying for postage.
   a.    Once you have taken the package(s) to the Post Office to be mailed, you must return the stamped *Certified Mail Receipt* (PS Form 3800) **(Attachment D-4)** to the Clerk's Office for docketing.