# EXHIBIT B

## United States Postal Service International Mail Service Suspension for Iran

Current international-service page updated July 24, 2026, with Iran listed under the suspension and a separate effective date of March 3, 2026.

Iran-specific USPS notice captured June 12, 2026, stating that acceptance of items destined for Iran was temporarily suspended due to logistics impacts.

Original source pages follow. Original pagination and content are unchanged.

# USPS International Service Disruptions - Page Updated July 24, 2026

The page lists Iran with the separate effective date 3-3-26 and directs customers to refrain from mailing to listed countries until further notice.



Source: about.usps.com/newsroom/service-alerts/international/welcome.htm (captured July 28, 2026)

About

Newsroom

Service alerts

# International service disruptions

## International Mail Service Suspensions

Updated: June 12, 2026

The Postal Service™ is temporarily suspending international mail acceptance for certain destinations due to inadequate transportation options or service disruptions within the country. Customers: please refrain from mailing items addressed to the countries listed here, until further notice.

View the suspensions

Select one of the entries below to display disruption information for that location or event.

| Iran – 3-3-26 | View |

**Sort by:**

| Name, ascending | Sort |

## Iran

**3-3-26**

**Temporary Service Disruption**
The Postal Service™ has temporarily suspended acceptance of items destined to Iran due to logistics impacts resulting from the conflict in the Middle East.



Copyright© 2026 United States Postal Service

1/1