CARLY WELKIN and
MASOUMEH MOHAJER,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

**Civil Action No.
1:25-cv-04510-TJK**

### DECLARATION OF CARLY WELKIN REGARDING FEBRUARY 11, 2026 MAILING

I, Carly Welkin, declare as follows under 28 U.S.C. § 1746:

**1.** I am a Plaintiff in this action, I am proceeding pro se, and I have personal knowledge of the facts stated in this declaration.

**2.** Before February 11, 2026, Clerk's Office personnel directed me to the Court's July 2024 Clerk's Office Procedures for Service of Process on a Foreign Defendant and instructed me to follow the registered-mail hand-carry procedure described in that manual.

**3.** Consistent with those instructions, on February 11, 2026, I personally carried the lawsuit service packet to a United States Post Office, paid the postage, obtained a stamped PS Form 3806, and mailed the packet by USPS First-Class Mail International, Registered Mail with Return Receipt.

**4.** The USPS tracking number was RR649911445US. I filed the mailing proof in this action.

**5.** On June 20, 2026, USPS physically returned the same packet to my residence. It bore the endorsement "MAIL SERVICE SUSPENDED - RETURN TO SENDER." I received no signed return receipt or proof that the packet was delivered to Iran's Ministry of Foreign Affairs.

**6.** The photographs filed at ECF No. 35-1 are true and correct images of the returned packet.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2026, in Decatur, Georgia.

*Carly Welkin*

**/s/ Carly Welkin**
Carly Welkin