

# Global Export Policy

## Management Commitment to Export and Sanctions Compliance

FedEx connects customers in 220 countries and territories every day and we are committed to complying with the export control and sanctions laws and regulations of the countries in which we operate (collectively, "Export Control Laws"). Export Control Laws are designed to protect national security, defend human rights, maintain peace and security and prevent weapons proliferation.

All FedEx officers, directors, managers and employees (collectively "team members") must comply with the Code of Conduct, this Policy and procedures designed to ensure compliance with Export Control Laws. In addition, FedEx officers, directors, and managers must provide resources, procedures and training to ensure compliance with the requirements set out in the FedEx Code of Conduct, Export Control Laws and this Policy.

Violations of Export Controls Laws may result in significant criminal or civil penalties for FedEx and the team members involved. In addition, team members who violate Export Control Laws, the Code of Conduct, this Policy or procedures designed to ensure compliance with Export Control Laws will be subject to disciplinary action up to and including termination.

If you become aware of any violations of Export Control Laws, the Code of Conduct, this Policy or procedures contact your manager or the FedEx Legal Department. If, after contacting one of these resources, your concern has not been addressed or if you wish to remain anonymous, you should report your concern via the FedEx Alert Line.

**Thank you for supporting our global export compliance efforts.**

## Overview

Export Control Laws published by the United States (U.S.), European Union ("EU"), People's Republic of China, and other countries and territories impose restrictions on FedEx and our customers' exports, re-exports and in-country transfers of commodities, software, technology and services. They also impose sanctions that prohibit or restrict business with designated countries, territories, governments, companies and individuals. Finally, U.S. Export Control Laws prohibit the participation in boycotts not sanctioned by the U.S. government.

This Policy describes the resources, technology, procedures and training that FedEx must maintain to comply with Export Control Laws and provides an overview to team members of their roles and responsibilities. It applies to team members of FedEx Corporation and its subsidiary companies. Certain sections of this Policy also apply to contractors performing services on behalf of FedEx.



1

## Country or Territory-Based Sanctions

FedEx does not operate in, or provide import or export services to, countries or territories that are under comprehensive trade sanctions ("Embargoed Territories") unless FedEx or the customer has a license or other authorization from the appropriate government agency. In addition, FedEx does not provide services for shipments that originated in or are destined to an Embargoed Territory without a license or authorization.

### Currently the list of Embargoed Territories includes:

- **Cuba**
- **Iran**
- **North Korea**
- **Syria**
- **Crimea**
- **Donetsk People's Republic**
- **Luhansk People's Republic**

**Team members and contractors** may not book, arrange or facilitate shipments on behalf of FedEx to an Embargoed Territory by offering advice on the shipment, booking a partial leg of the shipment, arranging for an alternative shipping method, arranging for use of non-U.S. carriers or referring the transaction to another FedEx entity or a third party.

## Team Member, Contractor and Vendor Screening

FedEx screens team members, candidates for employment, contractors and vendors to determine if they are on a list of individuals or entities sanctioned or subject to export restrictions ("Restricted Parties"). Management must ensure that adequate software, resources, procedures and training are in place to screen, review and reject or obtain a license for any transaction that involves Restricted Parties.

**Team members** must follow procedures for team member, contractor and vendor screening. Inform a manager or the FedEx Legal Department if you become aware that a team member, candidate for employment, contractor or vendor is identified as a Restricted Party.



## Customer Shipment Screening

FedEx screens customer shipments, services and solutions to determine if the parties are on a Restricted Party list or if the transaction involves an Embargoed Territory. Management must ensure that adequate software, resources, procedures and training are in place to screen and review customer transactions that involve Restricted Parties or Embargoed Territories. Screening must occur at appropriate points in the shipment flow, beginning at origin and include any changes in information.

Management also must ensure that adequate resources, procedures and training are in place to block or reject any transaction that may violate any Export Control Laws.

> **For each customer shipment, service or solution, all available details for the shipper, intermediate consignee(s) and recipient(s) must be screened for Restricted Parties and Embargoed Territories including name, address, phone number, email, shipment origin, shipment destination, commodity country of origin, payment information and IP address.**

**Team members and contractors** may not knowingly book, arrange, facilitate or deliver shipments on behalf of FedEx involving Restricted Parties. Once a shipment to a Restricted Party is identified in the FedEx network, it must be blocked, rejected or routed in accordance with FedEx procedures as well as any instructions issued by the FedEx Legal Department and the FedEx Global Clearance Command and Control Center.

2

## Customer Shipments of Controlled Items

FedEx includes customer compliance with Export Control Laws in customer agreements, contracts of carriage and other applicable terms and conditions. These terms and conditions include Restricted Party screening, government reporting, compliance with commodity, end-user and end use restrictions and compliance with license requirements or exceptions. Management must ensure that it implements services, procedures and training to handle customer export, reporting and routing of export-controlled items, including military and dual-use items.

**Team members and contractors** must comply with procedures to ensure shipments of export-controlled items and are handled, reported and routed correctly.

## FedEx Controlled Items

FedEx maintains procedures to identify and record the export classification of its own exports to determine whether a license or other authorization is required. Transferring U.S. export-controlled items, technology, source code or information to a non-U.S. person is referred to as a deemed export and may also require a license or other authorization.

**Deemed exports include:**

• Allowing a non-U.S. person to see certain technical specifications, plans or blueprints that are export controlled; or
• Transferring export-controlled items to a non-U.S. person in the U.S.

**Team members** must not export, re-export or transfer export-controlled items without verifying whether they require an export license or authorization and obtaining the required license or authorization. If you have questions or are unsure whether a transfer of a FedEx export-controlled item is an export or deemed export, or whether a transaction requires a license or other authorization, contact ExportRegAffairs @fedex.com for guidance.





## Anti-Boycott

FedEx maintains procedures to identify and report any boycott request that is not sanctioned by the U.S. government, such as boycotts of Israel.

**Team members** may not authorize or participate in any boycott that is not sanctioned by the U.S. government, including:

• Agreements to discriminate or actual discrimination against other persons based on race, religion, sex or national origin; and
• Agreements to refuse or actual refusal to do business in Israel or with blacklisted companies targeted by unsanctioned boycotts.

If you receive a boycott-related request or become aware of a request, whether it is verbal, in email or in business documents, such as contracts, letters of credit or invoices, you should report it immediately to the FedEx Legal Department. Team members should not respond to such requests in any way prior to review and further instruction from the Legal Department. The FedEx Legal Department will review and report the receipt of boycott requests to the U.S. government, if required.

# Red Flags

FedEx is continually developing analytics, procedures and training to identify Red Flags indicating potential violations of Export Control Laws. Red Flags include, but are not limited to:

- Shipments or transactions involving Restricted Parties

- Shipments or transactions either to or from an Embargoed Territory

- Commodities that the U.S. government states are high risk for diversion to a Restricted Party or Embargoed Territory

- Use of shell companies to hide ownership, payment information or countries involved

- Last minute changes to shipping instructions

- Payment originating from a different country than the shipment origin or destination

- Use of personal email addresses instead of company email addresses for commercial shipments

- Changes to contracts or accounts to hide customer identity

- Transactions with companies that have little or no internet presence

- Ambiguous end-use statements that appear to be vague or inconsistent with the nature of the products being exported

- The requested shipping route is abnormal for product or the destination

- A freight forwarder is listed as the ultimate consignee in a common transshipment location

- The shipper or consignee provides information or documents you suspect are false or requests that FedEx provide false documentation

> **Items the U.S. government has stated are high risk for diversion in violation of Export Control Laws include:  aircraft parts, antennas, breathing systems, cameras, GPS systems, integrated circuits, oil field equipment, sonar systems, spectrophotometers, test equipment, thrusters, underwater communications, wafer  fabrication equipment and wafer substrates.**

**Team members and contractors** must be alert for Red Flags. Exercise due diligence investigating Red Flags and report them to your manager or the FedEx Legal Department in compliance with FedEx training and procedures to ensure they are  handled and reported correctly.



## Training

FedEx provides training for team members to comply with Export Control Laws, this Policy and related procedures.

**Team members** are expected to complete training on time and apply the training to their work.

## Record Keeping

FedEx maintains a record retention policy and procedures. Electronic and physical records relating to exports must be maintained for a minimum of ten (10) years from the date of export, re-export or transfer. Managers must align their department's record retention schedule and records repository with this 10 year record retention requirement.

**Team members** must ensure that records, data, and information are accurate and complete. Team members must also retain copies of any export and sanctions compliance-related documents, including but not limited to:

- Screening results
- Regulatory filings
- Export licenses
- Shipping documents
- Contracts
- Invoices
- Communications
- Payment records



## Audits and Self-Assessments

FedEx will periodically assess compliance with this Policy and related procedures. Internal audits may be conducted on a routine basis or as part of an investigation. Audit reports will be distributed in accordance with FedEx audit procedures.

## Violations and Penalties

Violations of Export Control Laws may result in significant civil and criminal penalties for FedEx and team members. Violations may also cause significant damage to the reputation and global brand of FedEx.

**Managers** are responsible within their teams for enforcement and compliance with this Policy, including communicating this Policy and related procedures to their team members.

**Team members** are responsible for compliance with Export Control Laws, this Policy and related procedures. Any team member who violates Export Control Laws, this Policy or procedures will be subject to disciplinary action up to and including termination.

## Reporting and Anti-Retaliation Policy

If you know or suspect there is a violation of Export Control Laws, this Policy or related procedures **speak up** and report it to your manager, the FedEx Legal Department or the FedEx Alert Line.

FedEx prohibits retaliation against anyone who reports a known or suspected violation in good faith. We also prohibit retaliation against anyone who assists in an investigation. Anyone who is found to have retaliated against a person who, in good faith, has reported a violation of this Policy or assisted in an investigation, will be subject to discipline, up to and including termination.

## Related Policies

- FedEx Code of Conduct
- FedEx Export Manual

## Policy Custodian
Chief Compliance Officer

## Adoption Date
This Policy was adopted as of March 21, 2025.