Case 1:25-cv-04510-TJK    Document 36-8    Filed 07/28/26    Page 1 of 2



## DHL AVIATION CARGO

The United Nations (UN), European Union (EU) and many States have imposed sanctions (also referred to as "country sanctions" or "embargoes") that restrict trade with certain countries or territories. Sanctions may include arms embargoes and other economic measures such as restrictions on imports and exports.



- It is DHL Aviation's policy to comply with applicable international trade laws including relevant export control and sanctions restrictions.

- Failure to comply may expose both DHL Aviation and its customers to severe criminal and civil penalties, and reputational damage.

- In parallel with our trade compliance measures, DHL Aviation generally does not accept payments for shipments (or other transactions) outside of the United States in U.S. Dollars for U.S. sanctioned countries. (i.e. Belarus, Crimea, Cuba, Iran, North Korea, Russia and Syria).

DHL Aviation therefore does not accept shipments to High-Risk Sanctioned Countries.

**DHL Aviation responsibilities**

DHL Aviation performs Denied Party Screening for all shipments transported within its network.

- The screening is undertaken to ensure DHL Aviation is compliant with applicable laws and regulations.

- DHL Aviation will not act as the Exporter for Export Control purposes, nor classify goods or apply for





DHL Aviation does not accept international shipments containing Controlled Military Items, meaning items on the Wassenaar Munitions List and commonly subject to national export controls because they have been designed or modified for military use.

This suspension does not include domestic shipments of Controlled Military Items or international shipments of licensed dual-use items.

If you are uncertain whether your shipment contains Controlled Military Items, please contact your national export licensing authority (and/or the licensing authority in the country of origin and destination of the military items) to verify.

**Customer responsibilities**



Terms and Conditions of Carriage
PDF (376.1 KB)