About | Newsroom

International service disruptions

# Iran

**3-3-26**

**Temporary Service Disruption**
The Postal Service™ has temporarily suspended acceptance of items destined to Iran due to logistics impacts resulting from the conflict in the Middle East.



Copyright© 2026 United States Postal Service

What we do

Newsroom

Resources

Careers